UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-04857-CBM-(KSx) | Date | January 26, 2024 |
| Title | Texco, Inc. v. Zulily LLC et al. | | |

Present: The Honorable  CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE FAILURE TO FILE RULE 26(f) REPORT**

The Court's order setting the scheduling conference required counsel to file a discovery plan pursuant to Rule 26(f) no later than 7 days prior to the scheduling conference. (Dkt. No. 18.) The filing of the report is also required under the Court's Standing Order. (Dkt. No. 13 (Standing Order) at 2:16–3:13.) The scheduling conference was then set for January 30, 2024, which meant that the parties were required to file a joint Rule 26(f) report no later than January 23, 2024. (Dkt. No. 26.) Neither party filed a Rule 26(f) report. The Standing Order states that "[a] Joint Report which is not timely filed . . . may result in the assessment of sanctions." (Standing Order at 2:18–21.)

Therefore, both parties are ordered to show cause **no later than February 13, 2024** why sanctions should not be imposed for their failure to follow the Court's orders and file a joint Rule 26(f) report at least 7 days prior to the hearing. The filing of a joint Rule 26(f) report by that date shall be deemed an adequate response to this Order to Show Cause.

**IT IS SO ORDERED.**